NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK FOSTER,**

*Plaintiff-Appellant,*

**v.**

**PITNEY BOWES CORPORATION,**

*Defendant-Appellee,*

AND

**UNITED STATES POSTAL SERVICE,**

*Defendant-Appellee,*

AND

**JOHN DOES 1-10,**

*Defendants.*

---

2013-1374

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 11-CV-7303, Judge Joel H. Slomsky.

---

**ON MOTION**

---

PER CURIAM.

FOSTER v. PITNEY BOWES CORPORATION                                     2

## O R D E R

Frederick Foster has filed a motion for "judicial notice of new evidence pursuant to F.R.Evid. 201(c) and intervening change of controlling law/correction of error pursuant to F.R.C.P. 59(e)."  Pitney Bowes Corporation and the United States Postal Service oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are deferred for consideration by the merits panel.  A copy of the motions papers and this order shall be transmitted to the merits panel assigned to the case.

FOR THE COURT


/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s26